# EXHIBIT "B"

IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, PENNSYLVANIA

| | |
|---|---|
| **Matthew E. Fischer,**<br>　　　**Plaintiff,**<br><br>**v.**<br><br>**DEX·YP,**<br>**THRYV, INC.,**<br>**Benjamin D. Schwartz,**<br>**Schwartz & Stafford, P.A.,**<br>　　　**Defendants** | :<br>:<br>:<br>:　**CIVIL DIVISION**<br>:　**NO. 2022-10614**<br>:<br>:<br>:<br>:<br>: |

## **DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants DexYP, improperly named in the Complaint as Dex·YP and Thryv, Inc. ("Defendants"), by and through its undersigned attorneys, hereby notify this Court that, on January 17, 2023, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, they removed this case to the United States District Court for the Western District of Pennsylvania. A copy of the Notice of Removal filed in the United States District Court for the Eastern District of Pennsylvania, is attached to this Notice as **EXHIBIT B**.

**DEFENDANTS' NOTICE OF REMOVAL**　　　　　　　　　　　　　　　　　　　**PAGE 1**

Respectfully submitted,

*/s/  Michael T. McDonnell, III*
MICHAEL T. MCDONNELL, III
Pennsylvania Bar No. 60111
KUTAK ROCK LLP
Two Logan Square
100 N. 18th Street, Suite 1920
Philadelphia, PA 19103-4104
Phone: (215) 299-4384
Michael.McDonnell@KutakRock.com

**ATTORNEYS FOR DEFENDANTS DEXYP AND THRYV, INC.**

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served on the following attorneys of record via the court's electronic filing system on January 17, 2023 to the following counsel of record:

Matthew E. Fischer, *Pro Se*
114 West Cunningham Street
Butler, PA 16001
mattlaw@zoominternet.net

              /s/ Michael T. McDonnell, III
              Attorney